**FirstCredit**
Integrated Receivables Solutions. Delivered.®
(FCI) dba FirstCredit International Corp.
PO BOX 630838
CINCINNATI OH 45263-0838
(877) 855-8844 8am to 10pm EST Mon to Thur,
8am to 5pm EST Fri, or 8am-12pm EST Sat
www.fcipayments.com

To: GRICEL LUNA
500 SW 145TH AVE APT 456
MIRAMAR FL 33029

Reference Number: 30440886
04/08/2022

**FirstCredit, Inc. (FCI) dba FirstCredit International Corp. is a debt collector.** We are trying to collect a debt that you owe to Cleveland Clinic Florida. We will use any information you give us to help collect the debt.

### Our information shows:

You had an account from September 23, 2021 at Cleveland Clinic Florida with account number 20019569458

| | | |
|---|---|---|
| As of March 3, 2022, you owed: | $ | 71.98 |
| Between March 3, 2022 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| Total amount of debt now: | $ | 71.98 |

### How can you dispute the debt?

- **Call or write to us by May 13, 2022,** to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- **If you write to us by May 13, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

### What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by **May 13, 2022,** we must stop collection until we send you that information. You may use the form below or write to us without the form.
- Go to **www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

**Notice:** See reverse side for important information.

---

PO BOX 630838
CINCINNATI OH 45263-0838

1730

### How do you want to respond?
Check all that apply:
☐ I want to dispute the debt because I think:
  ☐ This is not my debt.   ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ I want you to send me the name and address of the original creditor.
☐ I enclosed this amount:  $ _____

Make your check payable to FirstCredit. Include the reference number   30440886

22
GRICEL LUNA
500 SW 145TH AVE APT 456
PEMBROKE PINES FL 33027-6223

FIRSTCREDIT (FCI)
PO BOX 630838
CINCINNATI OH 45263-0838

02  6  0030440886  7  000007198  7

Attention Florida Residents: FirstCredit, Inc. (FCI) operates as FirstCredit International Corp. in the State of Florida.