UNITED STATES DISTRICT COURT
SOUTH DISTRICT OF FLORIDA

Case No. 0:23-cv-60123-CMA

**GRICEL LUNA,**

    Plaintiff,

v.

**FIRSTCREDIT INTERNATIONAL CORP
D/B/A FIRSTCREDIT,**

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Gricel Luna discloses the following persons and/or entities as having a financial interest in the outcome of this case:

    (a)    Plaintiff Gricel Luna;

    (b)    Patti Zabaleta Law Group;

    (c)    Thomas Patti, Esq, as counsel for Plaintiff; and

    (d)    Victor Zabaleta, Esq., as counsel for Plaintiff.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: January 27, 2023

Respectfully Submitted,

/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail:   Victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3323 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone:   561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377